JUDGE RAKOFF

09 CIV 4543

(FFMx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:09-cv-01076-R-FFM

Connecticut Carpenters Pension Fund et al v. Merrill Lynch & Co., Inc. et al

Assigned to: Judge Manuel L. Real

Referred to: Magistrate Judge Frederick F. Mumm

Case in other court: Superior Court of CA County of Los Angeles, BC403282

Cause: 28:1441 - Notice of Removal - SEC Act

Date Filed: 02/13/2009
Date Terminated: 05/04/2009
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Connecticut Carpenters Pension Fund**
*individually and on behalf of all others similarly situated*

represented by **Evan Jason Smith**
Brodsky & Smith LLC
9595 Wilshire Boulevard Suite 900
Beverly Hills , CA 90212
310-300-8425
Fax: 310-247-0160
Email: esmith@brodsky-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L Keeney**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Randor , PA 19087
610-667-7706
Fax: 610-667-7056
Email: jkeeney@btkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A Kehoe**
Barroway Topaz Kessler Meltzer and Check LLP
280 King of Prussia Road
Radnor , PA 19087
610-667-7706
Fax: 610-667-7056
Email: jkehoe@btkmc.com





I hereby attest and certify on ___
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen E Reilly**
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor , PA 19087
610-667-7706
Fax: 610-667-7056
Email: kreilly@btkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine M Ryan**
Barroway Topaz Kessler Meltzer &
Check LLP
280 King of Prussia Road
Radnor , PA 19087
610-667-7706
Fax: 610-667-7056
Email: kryan@btkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nichole Browning**
Barroway Topaz Kessler Melter and
Check LLP
2125 Oak Grove Road Suite 1200
Walnut , CA 94598
925-945-0770
Fax: 925 945 8792
Email: nbrowning@sbtklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Browning**
Barroway Topaz Kessler Meltzer and
Check LLP
2125 Oak Grove Road Suite 120
Walnut Creek , CA 94598
925-945-0770
Fax: 925-945-8792
*TERMINATED: 02/18/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connecticut Carpenters Annuity Fund**
*individually and on behalf of all others similarly situated*

represented by **Evan Jason Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L Keeney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A Kehoe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen E Reilly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine M Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nichole Browning**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Browning**
(See above for address)
*TERMINATED: 02/18/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merrill Lynch & Co., Inc.**

represented by **Eric S Waxman**
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue
Los Angeles , CA 90071-3144
213-687-5000
Fax: 213-687-5600

Email: ewaxman@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay B Kasner**
Skadden Arps Slate Meagher & Flom
LLP
Four Times Square
New York , NY 10036-6522
212-735-3000
Fax: 917-777-2628
Email: jay.kasner@skadden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Bradley Morrison**
Skadden Arps Slate Meagher and Flom
LLP
300 South Grand Avenue
Suite 3400
Los Angeles , CA 90071
213-687-5000
Fax: 213-687-5600
Email: peter.morrison@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
Skadden Arps Slate Meagher & Flom
LLP
300 South Grand Avenue 34th Floor
Los Angeles , CA 90071-3144
213-687-5252
Fax: 213-687-5600
Email: tnolan@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch Mortgage Investors,
Inc**

represented by **Eric S Waxman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Peter Bradley Morrison
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas J Nolan
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch, Pierce, Fenner &
Smith, Inc**

represented by Eric S Waxman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jay B Kasner
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Peter Bradley Morrison
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas J Nolan
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch Mortgage Lending,
Inc.**

represented by Eric S Waxman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jay B Kasner
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Peter Bradley Morrison
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch Credit Corporation**               represented by   **Eric S Waxman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Bradley Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Whalen**               represented by   **Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian T Sullivan**               represented by   **Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael M McGovern**                         represented by **Jay B Kasner**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Thomas J Nolan**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Donald C Han**                               represented by **Jay B Kasner**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Thomas J Nolan**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Park**                                  represented by **Jay B Kasner**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Thomas J Nolan**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text | |
|------------|---|-------------|---|
| 02/13/2009 | 1 | NOTICE OF REMOVAL from Superior Court of CA County of Los Angeles, case number BC403282 with copy of summons and complaint.Case assigned to Judge Gary A. Feess, Discovery to Magistrate Judge Frederick F. Mumm. (Filing fee $350 FEE PAID) filed by defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Connecticut Carpenters Pension Fund, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Connecticut Carpenters Annuity Fund. (cbr) (Additional attachment(s) added on 2/19/2009: # 1 Exhibits A - B, # 2 Exhibit C, # 3 Notice of Assignment, # 4 Civil Cover Sheet) (ds). (Entered: 02/18/2009) | |

| 02/13/2009 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, identifying Corporate Parent Bank Of America Corporation for Merrill Lynch & Co., Inc., Merrill Lynch Credit Corporation, Merrill Lynch Mortgage Investors, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc. (cbr) (ds). (Entered: 02/18/2009) |
|---|---|---|
| 02/13/2009 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation (cbr) (ds). (Entered: 02/18/2009) |
| 02/13/2009 | 4 | NOTICE of Pendency of Other Actions or Proceedings Pursuant to L.R. 83-1.4 filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation. (cbr) (ds). (Entered: 02/18/2009) |
| 02/13/2009 | 5 | NOTICE of Related Case(s) filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation. Related Case(s): The above-captioned matter is not related to any other previously filed or currently pending action in the Central District of California (cbr) (ds). (Entered: 02/18/2009) |
| 02/13/2009 | 6 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jay B Kasner for Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation. (cbr) Modified on 2/18/2009 (cbr). (Entered: 02/18/2009) |
| 02/13/2009 | 7 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Katharine M Ryan for Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (cbr) (Entered: 02/18/2009) |
| 02/13/2009 | 8 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney John A Kehoe for Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (cbr) (Entered: 02/18/2009) |
| 02/13/2009 | 9 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Karen E Reilly for Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (cbr) (Entered: 02/18/2009) |
| 02/13/2009 | 10 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jennifer L Keeney for Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (cbr) (Entered: 02/18/2009) |
| 02/18/2009 | 11 | ORDER TO REASSIGN CASE due to self-recusal pursuant to General Order 08-05 by Judge Gary A. Feess. Case transferred to the calendar of Judge Manuel L. Real for all further proceedings. Case number now reads as CV 09-1076 R (FFMx). (rn) (Entered: 02/18/2009) |

| | | |
|---|---|---|
| 02/19/2009 | 12 | PROOF OF SERVICE filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, re Corporate Disclosure Statement 3 , Notice (Other), Notice (Other) 4 , Notice of Removal,, 1 , Notice of Related Case(s), Notice of Related Case(s) 5 , Certificate/Notice of Interested Parties, 2 served on 02/13/2009. (Nolan, Thomas) (Entered: 02/19/2009) |
| 02/19/2009 | 13 | CERTIFICATE OF SERVICE filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, *Certificate of Service of Notice to Adverse Parties of Notice of Removal to Federal Court* served on 02/13/2009. (Nolan, Thomas) (Entered: 02/19/2009) |
| 02/19/2009 | 14 | ORDER RE: NOTICE TO COUNSEL: This case has been assigned to the calendar of Judge Manuel L. Real. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real. (See document for further detail) by Judge Manuel L. Real (pj) (Entered: 02/20/2009) |
| 02/20/2009 | 15 | First STIPULATION for Extension of Time to File Answer filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Attachments: # 1 Declaration of Eric S. Waxman, # 2 Proposed Order, # 3 Proof of Service)(Nolan, Thomas) (Entered: 02/20/2009) |
| 02/23/2009 | 16 | PROOF OF SERVICE filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park, re Order, 14 *Proof Of Service Of Order Re: Notice To Counsel* served on 02/23/2009. (Nolan, Thomas) (Entered: 02/23/2009) |
| 02/24/2009 | 17 | APPLICATION for attorney Jay B. Kasner to Appear Pro Hac Vice (PHV Fee of $185 receipt number 0973000000004940494 paid.) filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Nolan, Thomas) (Entered: 02/24/2009) |
| 02/25/2009 | 18 | ORDER by Judge Manuel L. Real Granting APPLICATION for attorney Jay B. Kasner to Appear Pro Hac Vice (PHV Fee of $185 receipt number 0973000000004940494 paid.) APPLICATION for attorney Jay B. Kasner to Appear Pro Hac Vice (PHV Fee of $185 receipt number 0973000000004940494 paid.) 17 by Jay B. Kasner to appear on behalf of Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, |

| | | |
|---|---|---|
| | | Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park.Thomas J. Nolan is designated as local counsel. Fee Pail. (ake) (Entered: 02/26/2009) |
| 02/27/2009 | 19 | DENIED NO GOOD CAUSE SHOWN AT THIS TIME by Judge Manuel L. Real, ORDER DENYING Stipulation to Extend Time to Answer (More than 30 days), Stipulation to Extend Time to Answer (More than 30 days) 15 (pj) (Entered: 03/04/2009) |
| 03/06/2009 | 26 | APPLICATION for attorney Jennifer L. Keeney to Appear Pro Hac Vice. (PHV FEE Paid.) filed by Plaintiff Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (lom) (Entered: 03/11/2009) |
| 03/06/2009 | 27 | APPLICATION for attorney Katharine M. Ryan to Appear Pro Hac Vice. (PHV FEE Paid.) filed by Plaintiff Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (lom) (Entered: 03/11/2009) |
| 03/06/2009 | 28 | APPLICATION for attorney Karen E. Reilly to Appear Pro Hac Vice. (PHV FEE Fee Paid.) filed by Plaintiff Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (lom) (Entered: 03/11/2009) |
| 03/09/2009 | 20 | NOTICE of Documents filed Before the Judicial Panel on Multidistrict Litigation: Motion to Transfer a Related Securities Action for Coordination or Consolidated Proceedings with MDL NO. 1933 and Other Related Actions Pending in the Southern District of New York filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Attachments: # 1 Memorandum of Law In Support of Motion to Transfer, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Schedule A, # 11 Schedule B, # 12 Schedule C, # 13 Certificate of Service, # 14 Proof of Service)(Nolan, Thomas) (Entered: 03/09/2009) |
| 03/10/2009 | 21 | FIRST STIPULATION Extending Time to Answer the complaint as to Merrill Lynch & Co., Inc. answer now due 4/16/2009; Merrill Lynch Mortgage Investors, Inc answer now due 4/16/2009; Merrill Lynch, Pierce, Fenner & Smith, Inc answer now due 4/16/2009; Merrill Lynch Mortgage Lending, Inc. answer now due 4/16/2009; Merrill Lynch Credit Corporation answer now due 4/16/2009; Matthew Whalen answer now due 4/16/2009; Brian T Sullivan answer now due 4/16/2009; Michael M McGovern answer now due 4/16/2009; Donald C Han answer now due 4/16/2009; Paul Park answer now due 4/16/2009, filed by Defendants Merrill Lynch & Co., Inc.; Merrill Lynch Mortgage Investors, Inc; Merrill Lynch, Pierce, Fenner & Smith, Inc; Merrill Lynch Mortgage Lending, Inc.; Merrill Lynch Credit Corporation; Matthew Whalen; Brian T Sullivan; Michael M McGovern; Donald C Han; Paul Park. (Nolan, Thomas) (Entered: 03/10/2009) |
| 03/10/2009 | 22 | ORDER by Judge Manuel L. Real Granting Application of Non-resident Attorney Katharine M. Ryan to appear on behalf of Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. Evan J. Smith is designated as local counsel. Fee paid on 3/9/09. (lom) (Entered: 03/11/2009) |

| 03/10/2009 | 23 | ORDER by Judge Manuel L. Real Granting Applicationof non-resident attorney Karen E. Reilly to appear on behalf of Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. Evan J. Smith is designated as local counsel. Fee Pd 3/9/09. (lom) (Entered: 03/11/2009) |
|---|---|---|
| 03/10/2009 | 24 | ORDER by Judge Manuel L. Real Granting application of non-resident attorney John L. Kehoe to appear on behalf of Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. Evan J. Smith is designated as local counsel. Fee Pd on 3/10/09. (lom) (Entered: 03/11/2009) |
| 03/10/2009 | 25 | ORDER by Judge Manuel L. Real Granting Application of Non-resident Attorney Jennifer L. Keeney to appear on behalf of Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. Evan J. Smith is designated as local counsel. Fee Pd 3/9/09. (lom) (Entered: 03/11/2009) |
| 03/10/2009 | 29 | APPLICATION for attorney John L. Kehoe to Appear Pro Hac Vice. (PHV FEE Pd 3/10/09.) filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. Lodged [Prop] order. (lom) (Entered: 03/11/2009) |
| 03/10/2009 | 30 | PROOF OF SERVICE filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund, re APPLICATION for attorney John L. Kehoe to Appear Pro Hac Vice 29 ; [Prop] order by mail to Thomas J. Nolan on 3/6/09. (lom) (Entered: 03/11/2009) |
| 03/16/2009 | 31 | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. Motion set for hearing on 5/4/2009 at 10:00 AM before Judge Manuel L. Real. (Smith, Evan) (Entered: 03/16/2009) |
| 03/16/2009 | 32 | MEMORANDUM in Support of MOTION to Remand Case to Los Angeles Superior Court 31 filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (Smith, Evan) (Entered: 03/16/2009) |
| 03/16/2009 | 33 | OF SERVICE filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund, re Memorandum in Support of Motion 32 , MOTION to Remand Case to Los Angeles Superior Court 31 served on Notice of Motion to Remand, Memorandum of Law in Support Thereof, Proposed Order and Proof of Mailing. (Smith, Evan) (Entered: 03/16/2009) |
| 03/16/2009 | 34 | Certificate of Interested Parties filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund, identifying Only Parties of Record. (Smith, Evan) (Entered: 03/16/2009) |
| 03/16/2009 | 35 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund identifying None as Corporate Parent. (Smith, Evan) (Entered: 03/16/2009) |
| 03/16/2009 | 36 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 U.S.C. § 1407; Memorandum Of Points And Authorities In Support Thereof* filed by Defendant Merrill Lynch & |

| | | |
|---|---|---|
| | | Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. Motion set for hearing on 5/4/2009 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Declaration of Donald C. Han, # 2 Declaration of Matthew Whalen, # 3 Declaration of Ketan Parekh, # 4 Declaration of Brian T. Sullivan, # 5 Declaration Michael M. McGovern, # 6 Declaration Paul Park, # 7 Declaration of Thomas J. Nolan, # 8 Exhibit Nos. 1 to 5, # 9 Exhibit Nos. 6 to 13, # 10 Proposed Order)(Nolan, Thomas) (Entered: 03/16/2009) |
| 03/17/2009 | 37 | AMENDED PROOF OF SERVICE filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund, re Certificate/Notice of Interested Parties 34 served on March 16, 2009. (Smith, Evan) (Entered: 03/17/2009) |
| 03/17/2009 | 38 | AMENDED PROOF OF SERVICE filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund, re Proof of Service (subsequent documents), Proof of Service (subsequent documents) 33 , Memorandum in Support of Motion 32 , MOTION to Remand Case to Los Angeles Superior Court 31 served on March 16, 2009. (Smith, Evan) (Entered: 03/17/2009) |
| 03/27/2009 | 39 | Joint STIPULATION for Extension of Time to File Answer filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Attachments: # 1 Declaration of Thomas J. Nolan, # 2 Proposed Order)(Nolan, Thomas) (Entered: 03/27/2009) |
| 03/27/2009 | 40 | ORDER granting Stipulation to Extend Time to Answer (More than 30 days), 39 , by Judge Manuel L. Real. It is ordered that Defendants answer, motion, or other response to the Complaint will bedue 30 days after the Courts decision on (i) Defendants motion to transfer thisaction to the United States District Court for the Southern District of New York, oralternatively, to stay this action pending a decision on transfer by the Judicial Panelon Multidistrict Litigation and (ii) Plaintiffs motion to remand this action to theSuperior Court of the State of California, Los Angeles County. This Order is without prejudice to, or waiver of, any rights or defensesthat the parties may otherwise have. (rj) (Entered: 03/27/2009) |
| 04/01/2009 | 41 | MEMORANDUM in Opposition to MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404 (A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending* |

|  |  | *Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 36 filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (Attachments: # 1 Exhibit Responses to Averments, # 2 Exhibit 1, # 3 Exhibit 2 (part 1), # 4 Exhibit Exhibit 2 (part 2), # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9) (Kehoe, John) (Entered: 04/01/2009)* |
|---|---|---|
| 04/02/2009 | 42 | NOTICE OF ERRATA filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. correcting MEMORANDUM in Opposition to Motion,,,,,, 41 *for text of docket to reflect that Plaintiffs' Memorandum of Law in Opposition to Merrill Defendants Motion to Transfer for Coordination or Consolidated Proceedings with MDL 1933 Pursuant to 28 U.S.C. § 1407; and (2) Responses to Averments Pursuant to J.P.M.L. Rule 7.1 (b)* 41 *was filed in Opposition to* 20 *Notice of Documents Filed Before the Judicial Panel on Multidistrict Litigation: Motion to Transfer a Related Securities Action for Coordination or Consolidated Proceedings with MDL NO. 1933 and Other Related Actions Pending in the Southern District of New York.* (Attachments: # 1 Proof of Mailing)(Kehoe, John) (Entered: 04/02/2009) |
| 04/10/2009 | 43 | NOTICE of Documents filed Before the Judicial Panel on Multidistrict Litigation: Merrill Defendants Reply Memorandum Of Law In Further Support Of Their Motion To Transfer A Related Securities Action For Coordinated Or Consolidated Proceedings With MDL NO. 1933 and Other Related Actions Pending in the Southern District of New York filed by Defendant Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Nolan, Thomas) (Entered: 04/10/2009) |
| 04/13/2009 | 44 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Title page is missing RE: Notice (Other), Notice (Other), Notice (Other) 43 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (pj) (Entered: 04/13/2009) |
| 04/14/2009 | 45 | MEMORANDUM in Opposition *to Merrill Defendants' Motion to Transfer Pursuant to 28 U.S.C. 1404(a) or Alternatively, to Stay the Action* filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (Kehoe, John) (Entered: 04/14/2009) |
| 04/14/2009 | 46 | MEMORANDUM in Opposition to MOTION to Remand Case to Los Angeles Superior Court 31 *Specially Appearing Defendants' Opposition to Connecticut Plaintiffs' Motion to Remand Action to State Court* filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill |

| | | |
|---|---|---|
| | | Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Attachments: # 1 Declaration Declaration of Thomas J. Nolan)(Nolan, Thomas) (Entered: 04/14/2009) |
| 04/14/2009 | 47 | DECLARATION of John A. Kehoe In Opposition To MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404 (A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28* MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28* MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28* MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28* MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 36 In Support of Plaintiffs Memorandum of Law in Opposition to Motion to Transfer* filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (Attachments: # 1 Exhibit 1, # 2 Exhibit 1-1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Kehoe, John) (Entered: 04/14/2009) |
| 04/16/2009 | 48 | NOTICE OF ERRATA filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. correcting MEMORANDUM in Opposition to Motion, 45 (Attachments: # 1 Corrected Memorandum of Law in Opposition to Motion to Transfer)(Smith, Evan) (Entered: 04/16/2009) |
| 04/16/2009 | 49 | NOTICE OF ERRATA filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. correcting Declaration (Motion related), Declaration (Motion related), Declaration (Motion related), Declaration (Motion related), Declaration (Motion related), Declaration (Motion related), Declaration (Motion related) 47 (Attachments: # 1 Corrected Declaration without Exhibits)(Smith, Evan) (Entered: 04/16/2009) |
| 04/27/2009 | 50 | REPLY In Support of MOTION to Remand Case to Los Angeles Superior Court 31 filed by Plaintiffs Connecticut Carpenters Pension Fund, Connecticut Carpenters Annuity Fund. (Kehoe, John) (Entered: 04/27/2009) |
| 04/27/2009 | 51 | REPLY in support of MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28* MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28* MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant* |

| | | |
|---|---|---|
| | | *To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 36 filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc, Merrill Lynch, Pierce, Fenner & Smith, Inc, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Credit Corporation, Matthew Whalen, Brian T Sullivan, Michael M McGovern, Donald C Han, Paul Park. (Attachments: # 1 Declaration Of Thomas J. Nolan, # 2 Exhibit A to C in support of)(Nolan, Thomas) (Entered: 04/27/2009)* |
| 05/04/2009 | 52 | NOTICE OF LODGING filed *Notice Of Lodging [Proposed] Order Granting Specially Appearing Defendants Motion To Transfer Pursuant To 28 U.S.C. § 1404(A)* re MOTION to Transfer Case to Southern District of New York *Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404 (A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 MOTION to Transfer Case to Southern District of New York Notice Of Specially Appearing Defendants' Motion And Motion (1) To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, Alternatively, (2) To Stay The Action Pending Transfer Pursuant To 28 36 (Attachments: # 1 Proposed Order)(Nolan, Thomas) (Entered: 05/04/2009)* |
| 05/04/2009 | 53 | MINUTES OF 1) Defendants' motion to transfer, or to stay action pending transfer (fld 3-16-09)2) Plaintiffs' motion to remand action to state court (fld 3-16-09). Motion Hearing held before Judge Manuel L. Real:The Court hears arguments of counsel. The Court GRANTS defendants motion to transfer; defendant shall submit a proposed order. Plaintiffs motion to remand is thereby rendered moot. 36 31 Court Reporter: Bridget Montero. (pj) (Entered: 05/06/2009) |
| 05/04/2009 | 54 | ORDER GRANTING SPECIALLY APPEARING DEFENDANTS MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A) by Judge Manuel L. Real IT IS HEREBY ORDERED that Defendants motion to transfer this action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) is hereby:GRANTED. SO ORDERED. certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (Attachments: # 1 Letter CV 22 Transmittal Letter) (pj) (Entered: 05/08/2009) |

| 05/08/2009 | | TRANSMITTAL of DOCUMENTS a certified copy of transferring order and docket sheet to Southern District of New York by US Mail. (pj) (Entered: 05/08/2009) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 05/08/2009 06:33:09 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-cv-01076-R-FFM End date: 5/8/2009 |
| **Billable Pages:** | 13 | **Cost:** | 1.04 |